AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-01864-CKK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Election Assistance Commission
was received by me on *(date)* 07/13/2021.

❐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via Certified U.S. Mail on 7/14/2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/20/2021

/s/ Camille Schoonmaker
*Server's signature*

Camille Schoonmaker, Paralegal
*Printed name and title*

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70111150000205027105

Remove ✕

Your item was delivered to an individual at the address at 3:30 pm on July 15, 2021 in WASHINGTON, DC 20001.

## ✓ Delivered, Left with Individual

July 15, 2021 at 3:30 pm
WASHINGTON, DC 20001

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | ) | |
|---|---|---|
| Philip B. Stark; and<br>Free Speech For People | )<br>)<br>)<br>) | |
| *Plaintiff(s)* | )<br>) | Civil Action No.   21-cv-01864-CKK |
| v. | )<br>) | |
| United States Election Assistance Commission | )<br>)<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Election Assistance Commission
633 3rd Street, NW, Suite 200
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew R. Nicely, Caroline L. Wolverton
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   7/13/2021                                                        /s/ Anson Hopkins
                                                                 *Signature of Clerk or Deputy Clerk*