UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP B. STARK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ELECTION ASSISTANCE COMMISSION, <br><br> Defendant. | Case no.: 1:21-cv-01864-CKK <br><br> **Judge Colleen Kollar-Kotelly** |

## MOTION FOR ADMISSION OF ATTORNEY JOHN C. BONIFAZ *PRO HAC VICE*

Pursuant to LCvR 83.2(d), Plaintiffs, by and through undersigned counsel, hereby move for the admission and appearance of attorney John C. Bonifaz *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of John C. Bonifaz filed herewith. As set forth in Mr. Bonifaz's declaration, he is admitted to practice and in good standing in the Commonwealth of Massachusetts and is also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the First, Fifth, Sixth, Ninth and Tenth Circuits, United States Court of Appeals for the DC Circuit, and the United States District Court for the District of Massachusetts.

This application is sponsored and signed by Caroline L. Wolverton, an active member of the Bar of this Court.

Dated the 11th day of August, 2021

/s/ Caroline L. Wolverton
Caroline L. Wolverton
D.C. Bar No. 496433
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4000

*Counsel for Plaintiffs*