UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILIP B. STARK, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ELECTION ASSISTANCE COMMISSION,<br><br>　　　　　　Defendant. | Case no.: 1: 21-cv-01864-CKK<br><br>Judge Colleen Kollar-Kotelly |

## DECLARATION OF JOHN C. BONIFAZ
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, John C. Bonifaz, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am President at Free Speech For People, located at 1320 Centre Street #405, Newton, MA 02459, and my telephone number is 617-244-0234.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. I have been admitted to practice in the following courts and bars:

   Commonwealth of Massachusetts
   United States Supreme Court
   United States Court of Appeals for the First Circuit
   United States Court of Appeals for the Fifth Circuit
   United States Court of Appeals for the Sixth Circuit
   United States Court of Appeals for the Ninth Circuit
   United States Court of Appeals for the Tenth Circuit
   United States Court of Appeals for the DC Circuit
   U.S. District Court for the District of Massachusetts

4. I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

5. I have not been disciplined by any bar and there are no pending disciplinary proceedings against me in any State or Federal court.

6. I have been previously admitted *pro hac vice* in this Court in *Free Speech For People v. United States Election Assistance Commission* (2021).

7. I am not a member of the District of Columbia Bar nor do I have an application pending.
8. I do not have an office located within the District of Columbia.
9. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiffs.

Dated the 11th day of August, 2021

/s/ John C. Bonifaz
_____
John C. Bonifaz
President
Free Speech For People
1320 Centre St. #405
Newton, MA 02459
Phone:  617-244-0234
Fax:     512-628-0142
Email:  jbonifaz@freespeechforpeople.org