UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP B. STARK, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES ELECTION ASSISTANCE COMMISSION,<br><br>            Defendant. | **CASE NO: 1:21-cv-01864-CKK**<br><br>**Judge Colleen Kollar-Kotelly** |

### [PROPOSED] ORDER

Upon review of Plaintiffs' Motion for Admission of Attorney John C. Bonifaz *Pro Hac Vice*, it is, this ___ day of August 2021, by the United States District Court for the District of Columbia, hereby ORDERED that

The motion is GRANTED; and

Attorney John C. Bonifaz IS ADMITTED *pro hac vice* to practice before this Court for the purpose of the above-captioned action.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge