# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

PHILIP B. STARK, *et al.*,

                Plaintiff,

      v.

UNITED STATES ELECTION ASSISTANCE
COMMISSION,

                Defendant.

**Case no.: 1:21-cv-00838-CKK**

**Judge Colleen Kollar-Kotelly**

## DECLARATION OF COURTNEY HOSTETLER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Courtney Hostetler, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am counsel at Free Speech For People, located at 1320 Centre Street #405, Newton, MA 02459, and my telephone number is 617-249-3015.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. I have been admitted to practice in the following courts and bars:

   State of Massachusetts
   U.S. District Court for the District of Massachusetts
   Fifth Circuit Court of Appeals

4. I am a member in good standing of the Bar of the State of Massachusetts.

5. I have not been disciplined by any bar and there are no pending disciplinary proceedings against me in any State or Federal court.

6. I have not previously been admitted *pro hac vice* in this Court.

7. I am not a member of the District of Columbia Bar nor do I have an application pending.

8. I do not have an office located within the District of Columbia.

9. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiffs.

Dated the 11th day of August, 2021

/s/ Courtney Hostetler

Courtney Hostetler
Senior Counsel
Free Speech For People
1320 Centre St. #405
Newton, MA 02459
Phone: 617-249-3015
Fax: 512-628-0142
chostetler@freespeechforpeople.org