# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PHILIP B. STARK and FREE SPEECH
FOR PEOPLE,

                *Plaintiffs,*

      v.

UNITED STATES ELECTION
ASSISTANCE COMMISSION,

              *Defendant.*

Civil Action No. 1:21-cv-01864 (CKK)

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

       Defendant U.S. Election Assistance Commission (EAC) respectfully moves to dismiss the above-captioned action in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), for lack of subject matter jurisdiction and/or failure to state a claim; in the alternative, the EAC respectfully requests the partial entry of summary judgment in its favor.

       The reasons supporting this motion are set forth in the concurrently filed memorandum, and supporting declaration and attachments. A proposed order is also attached for the convenience of the Court.

Dated:  September 30, 2021

                       Respectfully submitted,

                       BRIAN M. BOYNTON
                       Acting Assistant Attorney General

                       ELIZABETH J. SHAPIRO
                       Deputy Branch Director

                       LESLEY FARBY
                       Assistant Branch Director

_/s/ Antonia Konkoly_ .
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

_Counsel for Defendants_