# EXHIBIT D

# PROPOSED §§ 14.2-D, 15.4-C

**14.2-D – Wireless Communication Restrictions**

6916 Voting systems must not be capable of establishing wireless connections.

**Discussion**

Wireless connections can expand the attack surface of the voting system by opening it up to over-the-air attacks. Over-the-air access can allow for adversaries to attack remotely without physical access to the voting system. By disallowing wireless capabilities in the voting system, this limits the attack surface and restricts any network connections to be hardwired.

This requirement does not impact or restrict the use of assistive technology (AT) within the polling place. Voters with wireless AT may have to use an adapter that leverages the 3.5 mm headphone jack.

| | |
|---|---|
| Related requirements: | 15.4-C – Documentation for disabled wireless |
| | 8.1-E – Standard audio connectors |
| Applies to: | Voting System |

**15.4-C – Documentation for disabled wireless**

7408 The voting system documentation must include information about how wireless is disabled within the voting system.

**Discussion**

Documentation for how the voting system is configured to disable wireless networking is important to meet requirement 14.2-D, which disallows the use of any wireless connections. Example information for how wireless can be disabled may include the following:

- A system configuration process that disables wireless networking devices
- Disconnecting/unplugging wireless device antennas
- Removing wireless hardware within the voting system

A variety of documentation providing secure configurations for network devices is publicly available from the US government.

If outside manufacturers provide guidance and best practices exist, these need to be documented and used to the extent practical.

| | |
|---|---|
| Related requirements: | 14.2-D Wireless Communication Restrictions |
| Applies to: | Voting systems with networking capabilities |

# **FINAL §§ 14.2-C, 15.4-C**

### 14.2-C – Wireless communication restrictions

Voting systems must not be capable of establishing wireless connections as provided in this section.

**Discussion**

Wireless connections can expand the attack surface of the voting system by opening it up to over-the-air attacks. Over-the-air access can allow for adversaries to attack remotely without physical access to the voting system. By disallowing wireless capabilities in the voting system, this limits the attack surface and restricts any network connections to be hardwired. Examples of how wireless can be disabled may include the following:

- a system configuration process that disables wireless networking devices,
- disconnecting/unplugging wireless device antennas, or
- removing wireless hardware within the voting system.

This requirement does not prohibit wireless hardware within the voting system so long as the hardware cannot be used e.g. no wireless drivers present.

This requirement applies solely to voting systems that are within the scope of the VVSG. It is not a prohibition on wireless technology within election systems overall. This requirement does not impact or restrict the use of assistive technology (AT) within the polling place. Voters with wireless AT may have to use an adapter that leverages the 3.5 mm headphone jack.

| Related requirements: | 8.1-E – Standard audio connectors |
| --- | --- |
| | 15.4-C – Documentation for disabled wireless |

### 15.4-C – Documentation for disabled wireless

The voting system documentation must include information about how wireless is disabled within the voting system.

**Discussion**

Documentation for how the voting system is configured to disable wireless networking is important to meet requirement *14.2-D – Wireless network status indicator*, which disallows the use of any wireless connections. Example information for how wireless can be disabled may include the following:

- a system configuration process that disables wireless networking devices,
- disconnecting/unplugging wireless device antennas, and
- removing wireless hardware within the voting system.

A variety of documentation providing secure configurations for network devices is publicly available from the US government.

If outside manufacturers provide guidance and best practices exist, these need to be documented and used to the extent practical.

| Applies to: | Voting systems with networking capabilities |
| --- | --- |
| Related requirements: | 14.2-C – Wireless communication restrictions |