# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE SPEECH FOR PEOPLE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-00838-APM |
| ) | |
| v. ) | Judge Amit P. Mehta |
| ) | |
| UNITED STATES ELECTION ASSISTANCE ) | |
| COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's May 17, 2021 Minute Order, Plaintiff Free Speech for People and Defendant United States Election Assistance Commission ("EAC"), through their undersigned counsel, submit this joint status report.

At issue in this case are four Freedom of Information Act ("FOIA") requests, assigned EAC FOIA identification numbers 20-00039, 21-00007, 21-00008, and 21-00027. As of August 31, 2021, Defendant has made productions for all four requests. Plaintiff has posed questions regarding the completeness of Defendant's productions, and the parties are working in good faith to address those questions to their mutual satisfaction.

The parties cannot at this time determine whether summary judgment briefing will be necessary. The parties will propose a briefing schedule for summary judgment, if necessary, when they are no longer able to resolve disputed issues without Court intervention.

Dated: September 13, 2021                 Respectfully submitted,

/s/ Caroline L. Wolverton                  BRIAN M. BOYNTON
                                           Acting Assistant Attorney General
_____            Civil Division
Matthew R. Nicely
D.C. Bar No. 430567

Caroline L. Wolverton
D.C. Bar No. 496433
AKIN GUMP STRAUSS HAUER & FELD
LLP
2001 K Street, N.W.
Washington, DC 20006 |
(202) 887-4000

/s/ Ronald Fein
_____
FREE SPEECH FOR PEOPLE
Ronald Fein
D.D.C. Bar No. MA0012
rfein@freespeechforpeople.org
Gillian Cassell-Stiga (*pro hac vice*)
gillian@freespeechforpeople.org
John Bonifaz (*pro hac vice*)
jbonifaz@freespeechforpeople.org
Ben Clements (*pro hac vice*)
bclements@freespeechforpeople.org
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 244-0234

*Counsel for Plaintiff*

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Gary D. Feldon*
_____
Gary D. Feldon
(D.C. Bar No. 987142)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11104
Washington, DC 20005
Tel:  (202) 598-0905
E-mail:  Gary.D.Feldon@usdoj.gov

*Counsel for Defendant*

2