IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP B. STARK and FREE SPEECH FOR PEOPLE, *Plaintiffs*, v. UNITED STATES ELECTION ASSISTANCE COMMISSION, *Defendant*. | Civil Action No. 1:21-cv-01864 (CKK) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's motion to dismiss or, in the alternative, for the entry of partial summary judgment, it is hereby ORDERED that the motion is GRANTED, and the action is:

HEREBY dismissed in its entirety; or alternatively,

DISMISSED as to Counts I through V, and summary judgment is granted in Defendant's favor as to Count VI.

Date: _____   _____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE