# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP B. STARK and FREE SPEECH FOR PEOPLE<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES ELECTION ASSISTANCE COMMISSION,<br><br>*Defendant*. | Civil Action No. 1:21-cv-01864 (CKK) |

**DECLARATION OF SUSAN GREENHALGH**

I, Susan Greenhalgh, declare:

1. I am a Senior Advisor on Election Security for Free Speech For People ("FSFP").

2. This declaration is based on personal knowledge and information provided to me in my official capacity.

3. FSFP is a national non-partisan, non-profit 501(c)(3) organization incorporated and with its primary place of business in Massachusetts that works to renew our democracy and defend the United States Constitution by challenging corporate financial influence in politics, confronting corruption in government, and fighting for free and fair elections. As part of this work, FSFP monitors and analyzes the security of voting systems across the country and educates state election officials and legislators on measures to strengthen the security of electronic voting machines as well as on other topics such as secure election procedures, remote accessible ballot marking, and

dangers of internet voting. FSFP also performs public education initiatives such as reporting on election technology and conducting educational webinars on electronic voting machines.

4. In March of 2020, the U.S. Election Assistance Commission ("EAC") published a proposed version of the Voluntary Voting System Guidelines ("VVSG") 2.0. The proposed VVSG 2.0 disallowed any wireless networking capabilities in voting systems. On February 10, 2021, the EAC voted to adopt a revised version of the VVSG 2.0 that contained language permitting inclusion of wireless networking devices in voting machines if the devices are disabled by software. The adopted VVSG 2.0 significantly weakened the security requirements for voting systems, as compared to the version of the VVSG 2.0 that the EAC proposed in March 2020, by allowing for federal certification of voting systems that include wireless networking devices, and other provisions that make voting systems less secure.

5. The allowance of wireless networking devices makes it more difficult for FSFP to monitor and analyze the security of voting systems, and thus causes us to expend more resources than we would otherwise on monitoring, analysis, and education of state election officials, as explained below. To do this, FSFP must divert time and money from our other essential work like our public education initiatives that include research and reporting on the dangers of internet voting, secure election procedures and protocols, and post-election auditing.

6. To counteract the impact of the weakened security provisions of the VVSG 2.0, FSFP will analyze the extent to which wireless networking devices in voting machines submitted for federal certification are disabled and then notify state election officials of the remaining vulnerabilities. We will conduct that analysis by reviewing voting machine manufacturers' applications for federal certification under the VVSG 2.0 to identify the components of the voting

machines and how wireless capabilities will be disabled. To identify the components of a given voting machine, we must first investigate to what extent commercial off-the-shelf ("COTS") components are included in the machine. FSFP must then research each COTS component and determine whether it includes an embedded wireless radio. FSFP will also have to determine whether the COTS components are sold in other configurations, such as other versions or models.

7. The process of determining whether the components of a voting system, including any COTS, contain wireless networking devices is labor-intensive and requires additional resources such as consultation with technical experts. Voting machine manufacturers' applications to the EAC often include technical descriptions that do not enumerate whether the listed components contain wireless networking devices. For this reason, we must consult with technical experts to determine the components that contain or may contain wireless networking devices and how those wireless capabilities can be disabled in order to notify state election officials of remaining vulnerabilities.

8. Even after a system is certified with a wireless radio that is disabled by software, FSFP will continuously monitor changes to the COTS configuration to ensure that any changes do not introduce additional wireless connectivity. This will require FSFP to review publicly available technical specifications of the COTS devices and to research their configurations in the voting systems. For example, FSFP will need to monitor the version and model number of each COTS device utilized to ensure components are not exchanged so as to introduce additional wireless capabilities that have not been tested for disablement.

9. In order to monitor the ongoing risk of hacking and other security risks in certified voting machines that contain wireless-connection components, FSFP will track ongoing adherence

to the disablement requirement by gathering and analyzing the contracts between states or counties and voting machine manufacturers for the purchase of voting machines as well as both the EAC-accredited and state-level testing reports. With this information, FSFP will determine the voting systems purchased, the configuration of those voting machines, and how the individual state or county administers the voting machines, including any usage specific to the state or county. If FSFP determines that a voting system is not adhering to the wireless connectivity disablement requirement, we will notify the impacted state officials and publicize the vulnerabilities in effort to reduce the threat of compromised security.

10. FSFP will also alert state election officials of the security risks resulting from the VVSG 2.0's allowance of wireless networking devices in voting systems. To this end, we will educate the state election officials about the dangers of the presence of wireless networking devices in voting systems and actions they can take to strengthen security in voting systems used in their states, e.g., the measures state election officials can take to avoid unwanted modems and monitor adherence to the disablement requirement in specific systems.

11. Lastly, as relates to Defendants' alternative partial motion for summary judgment on Plaintiffs' FACA claim, FSFP does not have enough information about the meetings the EAC had with private machine vendors to know definitively whether the participants in those meetings gave advice or made recommendations to the EAC as a group. Documents we received from the EAC in response to our FOIA requests indicate that the Working Group may well have been providing collective advice or recommendations.

12. The original calendar invitation for the "VVSG 2.0 Implementation Working Group Weekly Meeting" scheduled meetings through October 16, 2020. Ex. A. On August 6, 2020, an

EAC staff member emailed Working Group members stating that the August 7 meeting was canceled, referring to "issues that have been raised," and stating that the EAC was "re-evaluating the format of the discussion group." Ex. B. On August 13, 2020, the same EAC staff member emailed Working Group members that the remaining meetings were canceled and that "[f]uture collaborative sessions will be announced at a later time." Ex. C.

13.     Although FSFP has received documents from the EAC relating to the meetings in response to our Freedom of Information Act requests, we have not received all records of all of the meetings. For example, the EAC's documents indicate that its practice was to record those meetings, but to date the EAC has produced recordings from only two of the meetings. In addition, we have not received at least ten documents captured by the EAC's searches and identified by the EAC as including communications between the EAC and voting machine manufacturers. As a consequence, FSFP does not have sufficient information to understand what occurred at the other meetings the EAC had with voting machine vendors or during other interactions between the EAC and the vendors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of November 2021, in Amityville, NY

_____
Susan Greenhalgh

# Exhibit A

1/29/2021 Google Vault - Accepted: VVSG 2.0 Implementation Working Group Weekly Meeting @ Weekly from 1pm to 2pm on Friday from Fri Jul 3…

Case 1:21-cv-01864-CKK Document 19-1 Filed 11/10/21 Page 8 of 14

# Accepted: VVSG 2.0 Implementation Working Group Weekly Meeting @ Weekly from 1pm to 2pm on Friday from Fri Jul 31 to Fri Oct 16 (EDT) (mturner@eac.gov)

**email: "russ.dawson@clearballot.com"**
To: email: "mturner@eac.gov"

**Tuesday, August 4, 2020 at 9:49:17 AM Eastern Daylight Time**

> russ.dawson@clearballot.com has accepted this invitation.

**VVSG 2.0 Implementation Working Group Weekly Meeting**

1/29/2021 Google Vault - Accepted: VVSG 2.0 Implementation Working Group Weekly Meeting @ Weekly from 1pm to 2pm on Friday from Fri Jul 3...

Case 1:21-cv-01864-CKK Document 19-1 Filed 11/10/21 Page 9 of 14

| | |
|---|---|
| When | Weekly from 1pm to 2pm on Friday from Fri Jul 31 to Fri Oct 16 Eastern Time - New York |
| Calendar | mturner@eac.gov |
| Who | |

- mturner@eac.gov - organizer
- mcoutts@unisynvoting.com
- eburton@eac.gov
- jlovato@eac.gov
- ajoiner@eac.gov
- gwenyth.winship@clearballot.com
- zshaw@eac.gov
- mharrington@eac.gov
- jack.cobb@provandv.com
- russ.dawson@clearballot.com
- jfranklin@eac.gov
- ginnyb@microsoft.com
- matt@voting.works
- bhirsch@microvote.com
- jbowers@eac.gov
- paumayr@eac.gov
- ben@voting.works
- oletts@eac.gov
- dmunoz@eac.gov
- smpearson@essvote.com
- mary.brady@nist.gov
- jfleming@eac.gov
- Laskowski, Sharon J. Dr. (Fed)
- Wack, John P. (Ctr)
- aregenscheid@gmail.com
- Howell, Gema E. (Fed)
- Carnahan, Lisa J. (Fed)
- michael.walker@provandv.com
- msantos@slicompliance.com
- edwin.smith@smartmatic.com
- ian.piper@dominionvoting.com
- cortiz@unisynvoting.com
- kathy.rogers@essvote.com
- wendy.owens@provandv.com
- aaron.wilson@cisecurity.org
- tmapps@slicompliance.com
- kay.stimson@dominionvoting.com
- sderheimer@hartic.com
- jcanter@hartic.com
- Edwin Smith
- Wilburg, Patricia (Fed)
- Hallett, Tim
- Richbourg, Paige

Join Zoom Meeting

https://eac-gov.zoom.us/j/3061905854?pwd=UVY4bjAwN3A0SnZlb09jV1BLSERxZz09

Meeting ID: 306 190 5854

1/29/2021, Google Vault - Accepted: IWG 4.0 Implementation Working Group Weekly Meeting @ Weekly from 1pm to 2pm on Friday from Fri Jul 3…

Case 1:21-cv-01864-CKK Document 19-1 Filed 11/10/21 Page 10 of 14

Passcode: 04092020

One tap mobile

+13126266799,,3061905854# US (Chicago)

+19292056099,,3061905854# US (New York)

Dial by your location

    +1 312 626 6799 US (Chicago)

    +1 929 205 6099 US (New York)

    +1 669 900 6833 US (San Jose)

    877 853 5247 US Toll-free

    888 788 0099 US Toll-free

Meeting ID: 306 190 5854

Find your local number: https://eac-gov.zoom.us/u/kdZogWnSjg

Invitation from Google Calendar

You are receiving this email at the account mturner@eac.gov because you are subscribed for invitation replies on calendar mturner@eac.gov.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

**Attachments:**

**invite.ics** 2.2k

**invite.ics** 2.2k

# Exhibit B

**From:** Maurice Turner<mturner@eac.gov>
**Sent on:** Thursday, August 6, 2020 8:18:20 PM
**To:** aaron.wilson@cisecurity.org; ajoiner@eac.gov; aregenscheid@gmail.com; ben@voting.works; bhirsch@microvote.com; cortiz@unisynvoting.com; dmunoz@eac.gov; eburton@eac.gov; edwin.smith@smartmatic.com; ginnyb@microsoft.com; gwenyth.winship@clearballot.com; ian.piper@dominionvoting.com; jack.cobb@provandv.com; jbowers@eac.gov; jcanter@hartic.com; jfleming@eac.gov; jfranklin@eac.gov; john.wack@nist.gov; kathy.rogers@essvote.com; kay.stimson@dominionvoting.com; mary.brady@nist.gov; matt@voting.works; mcoutts@unisynvoting.com; mharrington@eac.gov; michael.walker@provandv.com; msantos@slicompliance.com; mturner@eac.gov; oletts@eac.gov; patricia.wilburg@nist.gov; paumayr@eac.gov; russ.dawson@clearballot.com; sderheimer@hartic.com; sharon.laskowski@nist.gov; smpearson@essvote.com; tjhallett@essvote.com; tmapps@slicompliance.com; wendy.owens@provandv.com; Jerome Lovato<jlovato@eac.gov>
**Subject:** Canceled: VVSG 2.0 Implementation Working Group Meeting for 8/7


Unfortunately, tomorrow's meeting is canceled. We are considering some of the issues that have been raised and re-evaluating the format of the discussion group. Thank you for your contributions thus far.


**Maurice Turner**
Senior Advisor
U.S. Election Assistance Commission
mturner@eac.gov | www.eac.gov

# Exhibit C

**From:** Maurice Turner<mturner@eac.gov>
**Sent on:** Thursday, August 13, 2020 8:29:15 PM
**To:** aaron.wilson@cisecurity.org; ajoiner@eac.gov; aregenscheid@gmail.com; ben@voting.works; bhirsch@microvote.com; cortiz@unisynvoting.com; dmunoz@eac.gov; eburton@eac.gov; edwin.smith@smartmatic.com; ginnyb@microsoft.com; gwenyth.winship@clearballot.com; ian.piper@dominionvoting.com; jack.cobb@provandv.com; jbowers@eac.gov; jcanter@hartic.com; jfleming@eac.gov; jfranklin@eac.gov; john.wack@nist.gov; kathy.rogers@essvote.com; kay.stimson@dominionvoting.com; mary.brady@nist.gov; matt@voting.works; mcoutts@unisynvoting.com; mharrington@eac.gov; michael.walker@provandv.com; msantos@slicompliance.com; mturner@eac.gov; oletts@eac.gov; patricia.wilburg@nist.gov; paumayr@eac.gov; russ.dawson@clearballot.com; sderheimer@hartic.com; sharon.laskowski@nist.gov; smpearson@essvote.com; tjhallett@essvote.com; tmapps@slicompliance.com; wendy.owens@provandv.com; Jerome Lovato<jlovato@eac.gov>
**Subject:** Canceled: VVSG 2.0 Implementation Working Group Meetings


We are moving forward with a different format to achieve the same goal of evaluating, developing, and refining the requirements, test assertions and program manuals in order to bring the complete VVSG 2.0 to the Commissioners by the end of the year. Future collaborative sessions will be announced at a later time. Please continue to send your feedback and ideas directly to Jerome. Thank you for your commitment to the VVSG 2.0 process.


**Maurice Turner**
Senior Advisor
U.S. Election Assistance Commission
mturner@eac.gov | www.eac.gov