# £IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP B. STARK and FREE SPEECH FOR PEOPLE<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES ELECTION ASSISTANCE COMMISSION,<br><br>*Defendant*. | Civil Action No. 1:21-cv-01864 (CKK) |

## PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

Pursuant to Local Civil Rule 7(h)(1), Plaintiffs respectfully submit the following statement of material facts as to which there exists a genuine issue necessary to be litigated.

1. Whether the VVSG 2.0 Implementation Working Group provided collective advice or recommendations to the EAC. *See* Decl. of M. Harrington ¶¶ 7-9 (Ex. B to Def.'s Mot., ECF No. 16-3) (indicating the Working Group members were hand-picked by EAC staff, that group was skewed to the perspective of the voting system manufacturing industry, and that the members met regularly as a group over a six-week period to discuss a "critically important" issue); Decl. of S. Greenhalgh ¶ 12 & Exs. A-C (Ex. 1 to Pls.' Opp'n Mem.) (showing that Working Group meetings were scheduled to run from June 2020 until October 2020 and that the EAC canceled them in early August 2020, referring to "issues that have been raised" and stating that the EAC was "re-evaluating the format of the discussion group").

2. Whether individual members of the VVSG 2.0 Implementation Working Group in effect had votes or vetoes. *See* Harrington Decl. ¶¶ 8-9 (describing Working Group as having met almost weekly over a six-week period and with membership skewed to the perspective of the

voting system manufacturing industry); Greenhalgh Decl.¶ 12 & Ex. B (EAC email stating that the agency was "re-evaluating the format of the discussion group").

Date:   November 10, 2021

Respectfully submitted,

*/s/* Caroline L. Wolverton
_____

Matthew R. Nicely
D.C. Bar No. 430567
Caroline L. Wolverton
D.C. Bar No. 496433
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 887-4000

*/s/* Ronald Fein
_____

FREE SPEECH FOR PEOPLE
Ronald Fein
D.D.C. Bar No. MA0012
rfein@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Courtney Hostetler
chostetler@freespeechforpeople.org
1320 Centre Street, Suite 405
Newton, MA 02459
Tel: (617) 244-0234

*Counsel for Plaintiffs*