IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP B. STARK and FREE SPEECH FOR PEOPLE,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES ELECTION ASSISTANCE COMMISSION,<br><br>*Defendant*. | Civil Action No. 1:21-cv-01864 (CKK) |

**[Proposed] ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss or, in the Alternative, for Partial Summary Judgment. Upon consideration of the Motion, the briefing thereon, and the record to date in this case, it is hereby

ORDERED that the Motion is DENIED.


Dated: _____        _____
                                                                    The Honorable Colleen Kollar-Kotelly
                                                                    United States District Judge